FLETCHER C. ALFORD  (SBN: 152314)
falford@gordonrees.com
RYAN B. POLK  (SBN: 230769)
rpolk@gordonrees.com
DANIEL S. KUBASAK  (SBN: 222336)
dkubasak@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THYSSENKRUPP ELEVATOR CORPORATION

CHRISTOPHER F. WOHL (SBN: 170280)
BAILEY K. BIFOSS (SBN: 278392)
PALMER KAZANJIAN WOHL HODSON LLP
2277 FAIR OAKS BLVD., SUITE 455
Sacramento, Ca 95825
Telephone:  (916) 442-3552
Facsimile:  (916) 640-1521
Attorneys for Defendants and Third-Party Plaintiffs
ST. ANTON BUILDING, LP, A CALIFORNIA LIMITED PARTNERSHIP; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR; and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants.<br>AND RELATED ACTIONS. | CASE NO. 2:16-cv-00414-WBS-AC<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT THYSSENKRUPP ELEVATOR CORPORATION TO RESPOND TO THIRD-PARTY COMPLAINT AND [~~PROPOSED~~] ORDER** |

Third-Party Defendant ThyssenKrupp Elevator Corporation ("TKE") and Defendants and Third-Party Plaintiffs St. Anton Building, LP, a California limited partnership and St. Anton Multifamily Management, Inc. (collectively "Third-Party Plaintiffs") hereby stipulate to extend the time of Third-Party Defendant TKE to respond to Third-Party Plaintiffs' Complaint by fourteen days, up to and including June 27, 2016:

1. WHEREAS, Third-Party Plaintiffs filed their Third-Party Complaint on May 13, 2016;

2. WHEREAS, Third-Party Defendant TKE was served with the Third-Party Complaint on May 23, 2016;

3. WHEREAS, Third-Party Defendant TKE presently must respond to the Third-Party Complaint on or before June 13, 2016;

4. WHEREAS, pursuant to Local Rule 144, Third-Party Plaintiffs have agreed to extend the time for Third-Party Defendant TKE to respond to the Third-Party Complaint by fourteen (14) days – up to, and including, June 27, 2016;

IT IS HEREBY STIPULATED AND AGREED, by and through their respective undersigned counsel, that Third-Party Defendant TKE shall have an additional fourteen (14) days up to and including June 27, 2016 to respond to Third-Party Plaintiffs' Complaint.

Dated:  June 8, 2016                               GORDON & REES LLP

By:  */s/ Daniel S. Kubasak*
Fletcher C. Alford
Ryan B. Polk
Daniel S. Kubasak
Attorneys for Defendant
THYSSENKRUPP ELEVATOR CORPORATION

| | |
|---|---|
| Dated: June 8, 2016 | PALMER KAZANJIAN WOHL HODSON LLP |
| | By: */s/ Bailey K. Bifoss*<br>Christopher F. Wohl<br>Bailey K. Bifoss<br>Attorneys for Defendants and Third-Party Plaintiffs<br>ST. ANTON BUILDING, LP, A CALIFORNIA LIMITED PARTNERSHIP; ST. ANTON MULTIFAMILY MANAGEMENT, INC. |

IT IS SO ORDERED.

Dated: June 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1119547/28294859v.1

-3-
STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT THYSSENKRUPP ELEVATOR CORPORATION TO RESPOND TO THIRD-PARTY COMPLAINT AND [PROPOSED] ORDER