Christopher F. Wohl, SBN: 170280
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone:     (916) 442-3552
Facsimile:      (916) 640-1521

Attorneys for Defendants and Third-Party Plaintiffs ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>      Plaintiffs,<br><br>      v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>      Defendants and Third-Party Plaintiffs,<br><br>      v.<br><br>THYSSENKRUPP ELEVATOR CORPORATION, and ROES 1 through 25, inclusive.<br><br>      Third-Party Defendant. | Case No. 2:16-cv-00414<br><br>JOINT STIPULATION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT<br><br>(FRCP Rule 41(a).) |

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants and Third-Party Plaintiffs ST. ANTON BUILDING LP, and ST. ANTON MULTIFAMILY MANAGEMENT, INC. and Third-Party Defendant THYSSENKRUPP ELEVATOR CORPORATION, by and through undersigned counsel, hereby stipulate that the First Amended Third Party Complaint and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: December 21, 2016	PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Christopher F. Wohl
Christopher F. Wohl
Attorneys for Defendants and Third-Party Plaintiffs, ST. ANTON BUILDING, LP and ST. ANTON MULTIFAMILY MANAGEMENT, INC.

Dated: December 21, 2016	GORDON & REES LLP

By: /s/ Ryan B. Polk
Fletcher C. Alford
Ryan B. Polk
Kyle R. Smith
Attorneys for Defendant THYSSENKRUPP ELEVATOR CORPORATION

PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

JOINT STIPULATION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT	1.

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, the First Amended Third Party Complaint and all claims asserted therein are hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses;

**IT IS SO ORDERED**

Dated:  December 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA  95825
916.442.3552

JOINT STIPULATION TO DISMISS FIRST AMENDED THIRD-PARTY COMPLAINT       2.