Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone:   (916) 442-3552
Facsimile:   (916) 640-1521

Attorneys for Defendants ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 2:16-cv-00414 WBS<br><br>STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES |

WHEREAS, as the parties have served initial disclosures and exchanged written discovery, but have not completed all necessary depositions and have not obtained all relevant medical records;

WHEREAS, the parties are currently meeting and conferring regarding mediation of this matter;

WHEREAS, the parties wish to avoid unnecessary costs associated with the expert witness disclosures, in the event that they are able to mediate this matter;

WHEREAS, per FRCP Rule 26, expert witness disclosures would typically be completed ninety (90) days before trial or by June 8, 2017;

WHEREAS, the parties agree to modify the Status (Pretrial Scheduling) Order ("Scheduling Order") to provide for sufficient time to complete discovery, possibly engage in further mediation, and file any motions. The parties have agreed, and therefore propose, modifying the Scheduling Order to change the last day to disclose experts and produce reports from February 24, 2017 to June 8, 2017. The parties therefore agree to modify the Scheduling Order in the following ways and ask that the Court approve this modification:

DISCLOSURE OF EXPERTS AND REPORTS          JUNE 8, 2017

IT IS SO STIPULATED.

Dated: March 1, 2017                    PALMER KAZANJIAN WOHL HODSON LLP

                                        By: /s/ Christopher F. Wohl
                                            Christopher F. Wohl
                                            Attorneys for Defendants ST. ANTON
                                            BUILDING, LP and ST. ANTON
                                            MULTIFAMILY MANAGEMENT, INC.

Dated: March 1, 2017                    GAVRILOV & BROOKS

                                        By: /s/ Eliezer Cohen
                                            Eliezer Cohen
                                            Attorneys for Plaintiffs JOHN KERR and
                                            KRYSTLE ENGLEHART

## ORDER

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

Dated: March 1, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES        2.