Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorneys for Defendants ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 2:16-cv-00414 WBS<br><br>AMENDED STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES |

WHEREAS, the parties have served initial disclosures and exchanged written discovery, but have not completed all necessary percipient, party, and expert witness depositions;

WHEREAS, the parties participated in mediation with Ret. Judge Richard Gilbert on March 31, 2017. In hopes that the mediation would result in a settlement, the parties agreed to postpone further discovery, including approximately 15 remaining depositions, until after the mediation. However, the mediation did not result in a settlement;

WHEREAS, the parties agree to modify the Pretrial Scheduling Order to provide for sufficient time to complete discovery and file any motions. The parties have agreed, and therefore propose, modifying the Pretrial Scheduling Order to change the dates for completion of all discovery, as well as extending the motion filing date.

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

AMENDED STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES

WHEREAS, counsel have agreed to move the final pre-trial conference date on July 3, 2017, to accommodate counsel's unanticipated family event on the east coast over the July 4 holiday;

WHEREAS, the parties therefore agree to modify the Pretrial Scheduling Order in the following ways and ask that the Court approve this modification:

| | |
|---|---|
| DISCLOSURE OF EXPERTS AND REPORTS | MAY 5, 2017 |
| COMPLETION OF ALL DISCOVERY | MAY 19, 2017 |
| MOTION FILING DEADLINE | JUNE 1, 2017 |
| FINAL PRETRIAL CONFERENCE | JULY 31 2017 (1:30 pm) |
| TRIAL | SEPTEMBER 6, 2017 (9:00 am) |

IT IS SO STIPULATED.

Dated: April 7, 2017         PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Christopher F. Wohl
Christopher F. Wohl
Attorneys for Defendants ST. ANTON BUILDING, LP and ST. ANTON MULTIFAMILY MANAGEMENT, INC.

Dated: April 7, 2017         GAVRILOV & BROOKS

By: /s/ Eliezer Cohen
Eliezer Cohen
Attorneys for Plaintiffs JOHN KERR and KRYSTLE ENGLEHART

**ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

Dated: April 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES          2.