Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorneys for Defendants ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 2:16-cv-00414-WBS-AC<br><br>STIPULATION TO ALLOW IN EXCESS OF TEN (10) DEPOSITIONS |

WHEREAS, as the parties have served initial disclosures and Plaintiffs have served supplemental disclosures in this matter.

WHEREAS, Plaintiffs have disclosed twenty-seven (27) witnesses in their disclosure and supplemental disclosure. Plaintiffs anticipate calling twenty-six (26) of these witnesses at the trial of this matter.

WHEREAS, Defendants have disclosed a total of twelve (12) witnesses in their disclosure. Defendants plan to call each of these witnesses at the trial of the matter.

WHEREAS, Defendants seek to depose each of the witnesses who Plaintiffs plan to have testify at the trial of this matter.

---

STIPULATION TO ALLOW IN EXCESS OF TEN (10) DEPOSITIONS

WHEREAS, Plaintiffs seek to depose each of the witnesses who Defendants plan to have testify at trial.

WHEREAS, per FRCP Rule 30, the parties would be limited to ten (10) depositions per side.

WHEREAS, the parties agree that each party shall be allowed to take in excess of ten (10) depositions in this matter. Specifically, the parties stipulate that Defendants may depose each of the witnesses named in Plaintiffs' Rule 26 Disclosures and any supplement thereto, as well as the deposition of any expert witnesses disclosed by Plaintiffs. Similarly, the parties stipulate that Plaintiffs may depose each of the witnesses named in Defendants' Rule 26 Disclosures and any supplement thereto, as well as the deposition of any expert witnesses disclosed by Defendants.

IT IS SO STIPULATED.

Dated: April 13, 2017                PALMER KAZANJIAN WOHL HODSON LLP

                                     By: /s/ Christopher F. Wohl
                                     Christopher F. Wohl
                                     Attorneys for Defendants ST. ANTON
                                     BUILDING, LP and ST. ANTON
                                     MULTIFAMILY MANAGEMENT, INC.

Dated: April 13, 2017                GAVRILOV & BROOKS

                                     By: /s/ Eliezer Cohen
                                     Eliezer Cohen
                                     Attorneys for Plaintiffs JOHN KERR and
                                     KRYSTLE ENGLEHART

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: April 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER
AND DISCLOSURE OF EXPERT WITNESSES                2.