Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorneys for Defendants ST. ANTON BUILDING, LP, a
California limited partnership; ST. ANTON MULTIFAMILY
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 2:16-cv-00414<br><br>AMENDED STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES |

WHEREAS, the parties have served initial disclosures and exchanged written discovery, but have not completed all necessary percipient, party, and expert witness depositions;

WHEREAS, the parties agree to modify the Pretrial Scheduling Order to provide for sufficient time to complete all remaining depositions prior to the disclosure of expert witnesses. All depositions are currently scheduled to be completed by May 19, 2017;

WHEREAS, counsel have agreed to move the expert disclosure to May 26, 2017 in order to allow time for these depositions to be completed prior to expert disclosure;

WHEREAS, the parties therefore agree to modify the Pretrial Scheduling Order in the following way and ask that the Court approve this modification:

---

AMENDED STIPULATION TO MODIFY PRETRIAL
SCHEDULING ORDER AND DISCLOSURE OF EXPERT
WITNESSES

| | |
|---|---|
| DISCLOSURE OF EXPERTS AND REPORTS | MAY 26, 2017 |

IT IS SO STIPULATED.

Dated: May 10, 2017  PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Christopher F. Wohl
Christopher F. Wohl
Attorneys for Defendants ST. ANTON BUILDING, LP and ST. ANTON MULTIFAMILY MANAGEMENT, INC.

Dated: May 10, 2017  GAVRILOV & BROOKS

By: /s/ Eliezer Cohen
Eliezer Cohen
Attorneys for Plaintiffs JOHN KERR and KRYSTLE ENGLEHART

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: May 10, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE