Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorneys for Defendants ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No. 2:16-cv-00414<br><br>STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER REGARDING DISCOVERY DEADLINES |

WHEREAS, the parties have served initial disclosures and exchanged written discovery, but have not completed all necessary percipient, party, and expert witness depositions;

WHEREAS, one of the defense witnesses was unavailable for deposition prior to the discovery deadline due to an unexpected death in the family;

WHEREAS, both parties wish to depose the Person Most Knowledgeable at ThyssenKrupp Elevator Company regarding the subject elevator. However, the subject witness is not available for deposition until after the current discovery deadline;

WHEREAS, counsel have agreed to conduct these limited depositions by May 24, 2017;

WHEREAS, the original pre-trial scheduling order did not specify the deadline for expert discovery;

---

AMENDED STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES

WHEREAS, the expert disclosure deadline has been moved to May 26, 2017;

WHEREAS, counsel have agreed to complete all expert discovery by June 16, 2017;

WHEREAS, the parties therefore agree to modify the Pretrial Scheduling Order in the following way and ask that the Court approve this modification:

DISCOVERY DEADLINE             MAY 24, 2017

EXPERT DISCOVERY DEADLINE      JUNE 16, 2017

IT IS SO STIPULATED.

Dated: May 17, 2017             PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Christopher F. Wohl
Christopher F. Wohl
Attorneys for Defendants ST. ANTON BUILDING, LP and ST. ANTON MULTIFAMILY MANAGEMENT, INC.

Dated: May 17, 2017             GAVRILOV & BROOKS

By: /s/ Eliezer Cohen
Eliezer Cohen
Attorneys for Plaintiffs JOHN KERR and KRYSTLE ENGLEHART

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: May 17, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND DISCLOSURE OF EXPERT WITNESSES    2.