UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KRYSTLE ENGLEHART and JOHN KERR,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive;<br><br>Defendants. | CIV. NO. 2:16-0414 WBS AC<br><br><u>ORDER RE: REQUEST TO SEAL</u> |

----oo0oo----

Defendants St. Anton Building, LP and St. Anton Multifamily Management, Inc. request that the court seal their disclosure of expert witnesses (Docket No. 48), noting that page 38 of that document states plaintiff John Kerr's full date of birth, which Local Rule 140(a)(iv) required them to redact.

It would be inappropriate to seal the entire 48 pages of materials in perpetuity simply because plaintiff's birthdate is contained on one line of one of those pages. Since defendant

1

was obviously aware that plaintiff's birthdate was contained in the document, it was defendant's obligation to redact that line before filing the medical record containing plaintiff's birthdate.  Because defendant failed in its obligation to do so, in order to remedy the problem created thereby, the clerk of court is ordered to redact plaintiff Kerr's date of birth from page 38 of defendants' disclosure of expert witnesses (Docket No. 48).  Defendants' request to seal is otherwise denied.

        IT IS SO ORDERED.

Dated: May 31, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE