UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR and KRYSTLE ENGLEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ST. ANTON BUILDING, LP, a California limited partnership; ST. ANTON MULTIFAMILY MANAGEMENT, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 2:16-cv-0414 WBS AC<br><br>ORDER ON STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER REGARDING DISCOVERY DEADLINES |

The parties filed a stipulation to extend the discovery deadline in this case to June 22, 2017, and the expert discovery deadline to June 26, 2017. ECF No. 47. While the stipulation is GRANTED, the undersigned notes that the dispositive motion deadline in this case is set for June 1, 2017 and the trial date is set for September 6, 2017. ECF No. 36. This Order does not alter the dispositive motions deadline, the trial date, or any other deadline in this case beyond the discovery deadline and the expert discovery deadline.

Upon consideration of and pursuant to the Parties' stipulation, it is ORDERED that:

1. The Discovery Deadline is re-set for June 22, 2017;
2. The Expert Discovery Deadline is re-set for June 26, 2017;

////

1

3. No other deadline in this case is impacted by this Order.

IT IS SO ORDERED.

DATED: June 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE